Argued and submitted February 28, affirmed April 5, both petitions for review denied July 18, 2006 (341 Or 197)

In the Matter of
Kendrick Cecilia Marie Downum,
a Minor Child.

STATE ex rel DEPARTMENT OF
HUMAN SERVICES,
*Respondent,*

*v.*

Christopher Joseph DOWNUM
and Leticia Lynn Wolfe,
*Appellants.*

030016JV; A129079 (Control)

In the Matter of
Christopher Codell Cody Wolfe,
a Minor Child.

STATE ex rel DEPARTMENT OF
HUMAN SERVICES,
*Respondent,*

*v.*

Christopher Joseph DOWNUM
and Leticia Lynn Wolfe,
*Appellants.*

030017JV; A129085

In the Matter of
Joseph Lee Downum,
a Minor Child.

STATE ex rel DEPARTMENT OF
HUMAN SERVICES,
*Respondent,*

*v.*

Christopher Joseph DOWNUM
and Leticia Lynn Wolfe,
*Appellants.*

030018JV; A129086
(Cases Consolidated)

132 P3d 682

Robin L. Wolfe argued the cause for appellant Leticia Wolfe. With her on the brief was Bertoni & Todd.

James A. Palmer filed the brief for appellant Christopher Downum.

Paul L. Smith, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Edmonds and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Mother and father both appeal from judgments terminating their parental rights on grounds of unfitness, ORS 419B.504, and neglect, ORS 419B.506. On *de novo* review, ORS 19.415(3); ORS 419A.200(6), we affirm the termination of both parents' rights on grounds of unfitness. Accordingly, we need not, and do not, address the alternative ground of neglect.

Affirmed.